# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case. No. 3:20-CR-14 (CAR) |
| | : | |
| LEFREDERICK JONES, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER ON GOVERNMENT'S MOTION TO DISMISS INDICTMENT

Before the Court is the Government's Motion to Dismiss the above-styled Indictment against Defendant Lefrederick Jones pursuant to Federal Rule of Criminal Procedure 48(a). As good cause, the Government states that it elects to decline prosecution at this time and requests that this case be dismissed with prejudice.

The Court finds it is in the interest of justice to grant the Government's request. Accordingly, the Court **GRANTS** the Government's Motion to Dismiss Indictment [Doc. 46] and hereby **ORDERS** the pending Indictment against Lefrederick Jones to be **DISMISSED**. The pretrial conference scheduled for April 13, 2022 in this case is **CANCELED**.

**SO ORDERED**, this 5th day of April, 2022.

s/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT